UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

UNITED STATES OF AMERICA

- v. -

ORGEN HOXHA,
a/k/a "G,"

Defendant.

---------------------------------- x

CONSENT PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY

26 Cr. 564 (PAE)

WHEREAS, on or about November 23, 2026, ORGEN HOXHA, a/k/a "G" (the "Defendant"), was charged in a four-count Information, 26 Cr. 564 (PAE) (the "Information"), with, *inter alia*, firearms use, carrying, and possession, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) (Counts Two and Four);

WHEREAS, the Information included a forfeiture allegation as to Counts Two and Four of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), of any and all firearms and ammunition involved in or used in the offenses charged in Counts Two and Four of the Information, including but not limited to:

a. Taurus model PT111 G2A 9mm caliber pistol bearing serial number TLT60977 (the "Taurus Pistol");

b. 12 rounds of 9mm caliber ammunition loaded into the Taurus Pistol (the "Taurus Pistol Ammunition");

c. Glock model 19X 9mm caliber pistol bearing serial number BHED252 (the "Glock Pistol");

d. 10 rounds of 9mm caliber ammunition loaded into the Glock Pistol (the "Glock Pistol Ammunition");

e. SCCY model CPX-2 9mm caliber pistol bearing serial number 794875 (the "SCCY Pistol");

f. Two rounds of 9mm caliber ammunition loaded into the SCCY Pistol (the "SCCY Pistol Ammunition");

g. Diamondback Firearms model DB13 rifle bearing serial number DB2437838 (the "Diamondback Rifle"); and

h. 20 rounds of 223 caliber ammunition loaded into the Diamondback Rifle (the "Diamondback Rifle Ammunition");

(a. through h., collectively, the "Information Property");

WHEREAS, on or about November 23, 2026, the Defendant pleaded guilty to Counts Two and Four of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts Two and Four of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all right, title and interest of the Defendant in any and all firearms and ammunition involved in or used in the offenses charged in Counts Two and Four of the Information, including but not limited to the Information Property;

WHEREAS, the Defendant consents to the forfeiture of all his right, title, and interest in the following property, which constitutes firearms and ammunition involved in or used in the offenses charged in Counts Two and Four of the Information:

a. The firearms and ammunition seized on or about March 19, 2026, by the Government from the Defendant in New York, New York:

   i. The Taurus Pistol;

   ii. PT1111 PRO 9mm magazine;

   iii. The Taurus Pistol Ammunition;

   iv. The Glock Pistol;

   v. Glock 9mm caliber, 10-round magazine;

   vi. The Glock Pistol Ammunition;

vii. KCI 33-round magazine (the "KCI Magazine"); and

viii. Seven CCI 9mm cartridges loaded into the KCI Magazine.

b. The firearms and ammunition seized on or about May 12, 2026, by the Government from the Defendant in New York, NY:

i. The SCCY Pistol;

ii. SCCY 9mm caliber magazine retrieved from the SCCY Pistol;

iii. The SCCY Pistol Ammunition;

iv. The Diamondback Rifle;

v. PMAG 30, 5.56mm caliber, 30-round magazine;

vi. The Diamondback Rifle Ammunition; and

vii. HEX HX-AR Series 2, 5.56mm caliber magazine.

(a. and b., together, the "Specific Property"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney James M. McDonald, United States Attorney, Assistant United States Attorney Joseph H. Rosenberg, of counsel, and the Defendant and his counsel, Kenneth J. Montgomery, Esq., that:

1. As a result of the offenses charged in Counts Two and Four of the Information, to which the Defendant pleaded guilty, all of the Defendant's right, title and interest

in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant ORGEN HOXHA, a/k/a "G," and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances

of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

*Intentionally blank*

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: ______________________________ November 17, 2026
Joseph H. Rosenberg DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2326

ORGEN HOXHA

By: ______________________________ 11/23/26
Orgen Hoxha DATE

By: ______________________________ 11/23/26
Kenneth J. Montgomery, Esq. DATE
Attorney for Defendant
Kenneth J. Montgomery, PLLC
396 Waverly Avenue
Brooklyn, New York 11238

SO ORDERED:

Paul A. Engelmayer 11/23/26
______________________________
HONORABLE PAUL A. ENGELMAYER DATE
UNITED STATES DISTRICT JUDGE